UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**TRISHA J THORSON**,

Debtor.

Case No. **21-90021-BPH**

# O R D E R

In this Chapter 7 bankruptcy, the Court entered an Order to Show Cause on February 25, 2021, at ECF No. 9 ("Order"). The Order directed Debtor to appear before it on March 11, 2021, and explain how she is eligible to be a debtor under 11 U.S.C. § 109(h)(1). Specifically, the Certificate of Counseling filed at ECF No. 2 shows that Debtor completed her credit counseling on March 12, 2020. The March 12, 2020, date is outside the 180-day period ending on the date of Debtor's February 24, 2021, petition date. *See* 11 U.S.C. § 109(h)(1).

Debtor appeared at the hearing. Debtor agreed that her Certificate of Counseling at ECF No. 2 is stale. The Court construed Debtor's comments at the hearing as an oral request to dismiss this case, permit Debtor to receive a new Certificate of Counseling and commence a new Chapter 7 bankruptcy case. Accordingly,

IT IS ORDERED that Debtor's oral request for dismissal is granted. This case is dismissed.

Dated: March 11, 2021.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana